IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| SAN JUAN CABLE, INC. d/b/a ONELINK COMMUNICATIONS, <br><br> Plaintiff <br><br> v. <br><br> MUNICIPALITY OF CATAÑO, et al., <br><br> Defendants | CIVIL NO. 06-1345 (JP) |

**FINAL JUDGMENT**

The Court has before it the parties' stipulation for dismissal with prejudice (No. 17). Pursuant thereto the Court **ENTERS JUDGMENT DISMISSING WITH PREJUDICE** the complaint against all defendants. This judgment is entered without the imposition of costs or attorneys' fees.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 22nd day of June, 2007.

                                                       s/Jaime Pieras, Jr.
                                                         JAIME PIERAS, JR.
                                          U.S. SENIOR DISTRICT JUDGE